

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 27, 2018**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-40010-MXM-13 |
| | § | |
| JERRY L. CHANCE AND | § | |
| LADY SESSION CHANCE | § | |
| | § | |
| DEBTOR(S) | § | |

### AGREED ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT

WHEREAS Debtor filed a Motion for an Order Approving Compromise and Settlement Agreement; and WHEREAS the parties have agreed to entry of this order.

IT IS ORDERED, ADJUDGED, AND DECREED that Debtor's Motion for an Order Approving Compromise and Settlement Agreement is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND, DECREED that the Debtor may enter into the Settlement Agreement as outlined in the Motion and Settlement Agreement attached to the Motion.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a portion of the settlement proceeds of $8,000.00 due to Debtor are non-exempt property of the estate as defined under 11 U.S.C. §§ 541(a) and 1306(a), and the value of the Debtor's non-exempt property pursuant to § 1325(a)(4) shall be increased from $2,000.00 to $8,000.00.

###END OF ORDER###

APPROVED AS TO FORM AND CONTENT:

/s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180

/s/ Sharon Sherman
Sharon Sherman
Sherman Law Firm
PO Box 959
Haslet, TX 76052

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
Van Dyke Law Firm
108 Durango Drive
Crossroads, TX 76227